# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 12-923 consolidated with 12-909, 12-910, 12-911, 12-912, 12-913, 12-914, 12-915, 12-916, 12-917, 12-918, 12-919, 12-920, 12-921, 12-922, 12-924, 12-925, 12-926, and 12-927

**REBEL DISTRIBUTORS CORP., INC. d/b/a PHYSICIAN PARTNER AND PHARMACY PARTNER (SHIRLEY PREJEAN)**

**VERSUS**

**LUBA CASUALTY INS. COMPANY ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 04
PARISH OF LAFAYETTE, NO. 10-03293
SHARON MORROW, WORKERS' COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Marc T. Amy, Judges.

**AFFIRMED.**

**Harry K. Burdette**
**The Glenn Armentor Law Corporation**
**300 Stewart Street**
**Lafayette, LA 70501**
**(337) 233-1471**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Rebel Distributors Corporation, Inc. d/b/a**
    **Physician Partner and Pharmacy Partner**

**W. Michael Adams**
**Stacey D. Williams**
**Blanchard, Walker, O'Quinn & Roberts**
**P. O. Drawer 1126**
**Shreveport, LA 71163-1126**
**(318) 221-6858**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Rebel Distributors Corporation, Inc. d/b/a**
    **Physician Partner and Pharmacy Partner**

**Jeffrey C. Napolitano**
**Juge, Napolitano, Guilbeau, Ruli & Frieman**
**3320 West Esplanade Avenue North**
**Metairie, LA 70002**
**(504) 831-7270**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **LUBA Casualty Insurance Company**
    **Rosewood Retirement & Assisted Living**

**PETERS, J.**

This matter is one of nineteen consolidated appeals on remand from the supreme court following its decision in *Rebel Distributors, Inc. v. LUBA Workers' Compensation*, 13-749 (La. 10/15/13), __ So.3d __. In its remand to this court, the supreme court ordered that we consider the remaining issues raised by the parties which were not resolved by its decision. However, after reviewing the record, we note that this claim was dismissed by Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner at the start of the trial on the merits. Because this matter was dismissed, we reverse the judgment of the workers' compensation judge and render judgment in favor of Rosewood Retirement & Assisted Living and LUBA Casualty Insurance Company. We assess all costs of this appeal to Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner.

**REVERSED AND RENDERED.**